UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   v.<br><br>JOHN A. MOREHEAD,<br><br>            Defendant. | No. CR-04-2158-AAM<br><br>**ORDER WITHDRAWING PLEA** |

     **THIS MATTER** came on for sentencing on August 1, 2005. James P. Hagarty, Esq., Assistant U.S. Attorney, appeared for the plaintiff. Patrick A. True, Esq., appeared for the defendant. Upon the concurrence of counsel, and good cause appearing, the defendant's plea of guilty is **WITHDRAWN** and the April 18, 2005 plea agreement, pursuant to which said plea had been entered, is rejected.

     Jury trial is scheduled to commence **at 9:00 a.m. on September 13, 2005 in Yakima**. Trial briefs, proposed jury instructions and proposed voir dire shall be served and filed no later than **September 6, 2005**. Pre-trial conference shall be held on **September 1, 2005 at 10:00 a.m. in Yakima**.

     **IT IS SO ORDERED.** The District Executive shall forward copies of this order to counsel, to the U.S. Probation Office in Yakima, and to the U.S. Marshal Service in Yakima.

     **DATED** this  1st  of August, 2005.

               s/ Alan A. McDonald
              ALAN A. McDONALD
          Senior United States District Judge

**ORDER WITHDRAWING PLEA-**      **1**