PROB 12B
(7/93)

Report Date: October 18, 2011

# United States District Court

для the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 18 2011

JAMES R. LARSEN, CLERK
_____ DEPUTY

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: John Angel Morehead     Case Number: 2:04CR02158-001

Name of Sentencing Judicial Officer: The Honorable Alan A. McDonald

Date of Original Sentence: 9/9/2005     Type of Supervision: Supervised Release

Original Offense: Possession of a Firearm by Prohibited Person, 18 U.S.C. § 922(g)(1)     Date Supervision Commenced: 10/7/2011

Original Sentence:     Date Supervision Expires: 10/6/2014

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

19   You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.

20   You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

21   You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

## CAUSE

Mr. Morehead was sentence on September 13, 2005, which was prior to the Court determining defendant's may be tested up to 6 times per month to confirm continued abstinence, therefore, the above listed modifications have been added to clarify expectations related to a substance abuse evaluation and treatment, to include testing.

Prob 12B
**Re: Morehead, John Angel**
**October 18, 2011**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/18/2011

Stephen Krous
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

10/18/11
Date